(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

Rodney A Long
Debtor(s)

Case Number.: 19−17941−KHT
Chapter: 7

Debtor SSN/TaxId Nos.:
xxx−xx−4485
84−1183311, 11−3715147, 84−1421075

Joint Debtor SSN/Tax Id Nos.:

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 1/27/20 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

    Clerk of the Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 10/24/19

    s/ Jeanne Y. Jagow
    P.O. Box 271088
    Littleton, CO 80127

**Aliases Page**
**Debtor aka(s):**
aka R & L Investment, aka Long's Properties LLC, aka Rod's Place